IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| BRANDI N. CANADY, on behalf of herself and all others similarly situated;<br><br>Plaintiff,<br><br>vs.<br><br>SIGNATURE PERFORMANCE, INC.,<br><br>Defendant. | 8:24CV231<br><br>ORDER TO SHOW CAUSE |

The records of the Court show that on June 18, 2024, a letter (Filing No. 4) was sent to the following attorney from the Office of the Clerk directing that he/she obtain admittance to practice in this district and register for the Case Management/Electronic Case Filing System ("System"):

**Phillip J. Krzeski**
CHESTNUT CABRONNE PA
100 Washington Avenue South, Suite 1700
Minneapolis, MN 55401

**IT IS ORDERED** that on or before **August 8, 2024**, the attorney listed above shall either comply with the requests set forth in the letters from the Clerk of the Court or show cause by written affidavit why they cannot comply with the rules of the Court. Failure to comply with this order will result in Phillip J. Krzeski being removed as counsel of record.

Dated this 25th day of July, 2024.

BY THE COURT:

s/Michael D. Nelson
United States Magistrate Judge